# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:        AVERY JAMES JENKINS                              CASE NO. 22-02336-JAW
                                                               CHAPTER 13

## OBJECTION TO MOTION TO ALLOW PAYMENT ARREARAGE (Dkt. #62)

Comes now, Trustmark National Bank hereinafter Respondent and files this their objection to the Debtor's Motion to Allow Payment Arrearage (Dkt. #62) and in support of same would show the following:

1. Trustmark National Bank is a secured creditor herein.  Debtors' motion does not account for the status of the extra money not paid to the Trustee which caused the arrearage or why it cannot be used to pay / cure the post petition delinquency.  Any and all agreeing of modification as proposed will not afford adequate protection to Trustmark National Bank; and therefore the Motion as filed should be denied.

Wherefore premises considered Trustmark National Bank requests that the motion be denied.

This the 6th day of July, 2023.

                                                               Trustmark National Bank

                                                               */s James Eldred Renfroe*

James Eldred Renfroe, MSB #10096
James L. Powell, MSB # 10083
Renfroe & Perilloux, PLLC
648 Lakeland East Drive Ste A
Flowood, MS 39232
(601) 932-1011
jrenfroe@mslawfirm.biz
Attorney for Trustmark National Bank

<u>Certificate of Service</u>

I certify that I have this day mailed a true and correct copy of the foregoing Response to and served via efiling:

Avery James Jenkins
155 Oak Meadows Dr
Clinton MS 39056

Hon. Thomas Carl Rollins, Jr.
trollins@therollinsfirm.com

Hon. David Culver Rawlings
dcrjax@dcrch13.net

US Trustee
ustpregion05.ja.ecf@usdoj.gov

Dated: July 6, 2023

        */s James Eldred Renfroe*
James Eldred Renfroe